# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 22, 2011

**Before**

RICHARD D. CUDAHY, *Chief Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

TERENCE T. EVANS, *Circuit Judge*

No. 10-1405

| | |
|---|---|
| ERIC FLYNN GROSS,<br>        *Plaintiff-Appellant,* | Appeal from the United States District Court<br>for the Eastern District of Wisconsin. |
| *v.* | No. 07-CV-982 |
| PPG INDUSTRIES, INC.,<br>        *Defendant-Appellee.* | J.P. Stadtmueller, *Judge* |

**O R D E R**

The Court's opinion of March 7, 2011, is hereby amended as follows:

At the end of line 4 on page 9, the following footnote shall be inserted as footnote 3 to the opinion:

"[3] This definitional language was amended after we heard oral argument in this case. Section 701(a) of the Veteran's Benefits Act of 2010, P.L. 111-275 (Oct. 13, 2010), struck the words "other than" from section 4303(2) and replaced them with the word "including," thereby clarifying that USERRA does prohibit wage discrimination against members of the armed services.  124 Stat. 2864, 2887."